BIEHL, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by Joseph Biehl against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 130 App. Div. 884, 114 N. Y. Supp. 1119; 133 App. Div. 929, 118 N. Y. Supp. 1095; infra.

BIEHL, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department, March 21, 1912.) Action by Joseph Biehl against the Erie Railroad Company. No opinion. Motion denied, without costs. See, also, supra.

BIELE, Appellant, v. NAETHING, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Charles Biele against Mary L. Naething, as committee, etc., impleaded with others. T. F. Keogh, for appellant. H. W. Mack, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BILDER v. ELLIS. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by Nathan Bilder against Charles E. Ellis. No opinion. Motion denied. Order filed. See, also, 133 N. Y. Supp. 425.

BINGHAM et al., Appellants, v. EAST MASSAPEAQUA REALTY CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by James C. Bingham and John J. Fitzgerald, copartners, etc., against the East Massapeaqua Realty Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
BURR, J., not voting.

BLAUSTEIN, Appellant, v. BLAUSTEIN, Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Jacob Blaustein against Rebecca Blaustein. L. Kunen, for appellant. J. A. Seidman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BLOCH v. BORNAT. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by Bert K. Bloch against Frank Bornat. No opinion. Motion denied, with $10 costs. Order filed.

BLOCH, Appellant, v. MACBETH et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Joseph Bloch against James Macbeth and others.
PER CURIAM. Judgment affirmed, with costs.
BURR, J., not voting.

BOKOR, Respondent, v. H. KOEHLER & CO., Inc., Appellant. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Julia Bokor against H. Koehler & Co., Incorporated. E. C. Sherwood, for appellant. L. F. Fish, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $3,161.82, in which event the judgment, as so reduced, and the order appealed from, will be affirmed, without costs. Settle order on notice.

BOND, Appellant, v. BUSH TERMINAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by Frank W. Bond against the Bush Terminal Company.
PER CURIAM. Order modified, by omitting direction to average earnings, and also the clause, "cannot with due diligence be ascertained by him," and, as so modified, affirmed, without costs.
BURR, J., not voting.

BOSCHE et al., Respondents, v. CRAMER, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Charles G. Bosche and another against John A. Cramer. No opinion. Judgment affirmed, with costs.

In re BOYD. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) In the matter of the application of Eugene L. Sawyer for a decree revoking letters testamentary issued to Lawrence R. Boyd, as executor, etc., of Emma C. Sawyer, deceased.
PER CURIAM. Decree affirmed, with costs.
McLENNAN, P. J., not sitting.

BRANDOU, Appellant, v. TOWN OF KIRKLAND, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Mary Brandou against the Town of Kirkland.
PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the evidence presented questions of fact for the jury.
ROBSON, J., dissents.

BREMER v. RING. (Supreme Court, Appellate Division, First Department. July, 1911.) Action by Jefferson D. Bremer against Charles E. Ring. No opinion. See memorandum per curiam. See, also, 131 N. Y. Supp. 487.